UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENVIROSAFE, INC., a corporation, GINESIS
PRODUCTS, LLC, a limited liability company,
and AMERICAN ENZYME, INC., a corporation,

    Plaintiffs,

-vs-

Case No. 1:04-CV-0226
Hon:  AVERN COHN

GET SET, INC., a corporation,
SAFE SOLUTIONS, INC., a corporation,
GREATER SLT, INC., a corporation,
STEPHEN TVEDTEN, an individual, and
ROSALIND TVEDTEN, an individual,

    Defendants.

_____/

## SCHEDULING ORDER

This is a commercial dispute.  At issue are plaintiffs' claim of unfair competition, tortious interference with a business entity and breach of contract.  Defendants have filed a counter-claim.

The Court held a status conference on January 17, 2006.  To move the case forward, the following schedule is established:

1.    The final pretrial conference will be held on Monday, May 15, 2006, at 10:00 a.m., in the Federal Building in Lansing, Michigan.  At the conference each party shall lodge with the Court a witness list and exhibit list, together with a book of exhibits.

     2.     Trial will commence in the Federal Courthouse in Lansing, Michigan, on Monday, May 30, 2006, at 9:00 a.m.

     3.     Unless the Court is otherwise notified within fifteen (15) days, trial shall be to the bench.

     SO ORDERED.

     s/Avern Cohn  
     AVERN COHN  
     UNITED STATES DISTRICT JUDGE

Dated: January 20, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 20, 2006, by electronic and/or ordinary mail.

     s/Julie Owens  
     Case Manager  
     (313) 234-5160

S:\LORI\Cases\Envirosafe v. Get Set, Inc\Scheduling Order.wpd